# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DEGRANDI,<br><br>　　Plaintiff<br><br>v.<br><br>RENO POLICE DEPARTMENT, et. al.,<br><br>　　Defendants | Case No.: 3:22-cv-00295-MMD-CSD<br><br>**Report & Recommendation of**<br>**United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 1, 1-1.) On September 15, 2022, the court issued an order granting Plaintiff's IFP application and dismissing his complaint with leave to amend. The order gave Plaintiff 30 days to file an amended complaint. (ECF No. 4.) That order was returned as undeliverable. (ECF No. 6.)

An attorney or pro se party must immediately file with the court written notification of any change of mailing address, and a failure to do so may result in the dismissal of the action, entry of default judgment, or other appropriate sanction. LR IA 3-1.

Plaintiff has not kept the court apprised of his updated address. Therefore, it is recommended that this action be dismissed without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: November 7, 2022

_____
Craig S. Denney
United States Magistrate Judge