UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER DEGRANDI,<br><br>             Plaintiff,<br>     v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>             Defendants. | Case No. 3:22-cv-00295-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Christopher DeGrandi brings this action against Defendants Reno Police Department and R.T.C. Bus Company under 42 U.S.C. § 1983. (ECF No. 5.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 7), recommending that the Court dismiss the case without prejudice. DeGrandi's objection to the R&R was due November 21, 2022. To date, DeGrandi has not objected to the R&R. For this reason, and as explained below, the Court adopts the R&R in full and dismisses the case.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Denney correctly found that dismissal is proper because DeGrandi did not file an amended complaint by the deadline, despite being warned that a failure to file an amended complaint may result in dismissal of the case. (ECF Nos. 4 at 4, 7 at 1.) DeGrandi also failed to update his address or otherwise indicate to the Court that he needs additional time. (ECF No. 6.) *See* LR IA 3-1 (requiring *pro se* litigants to keep the Court apprised of their address, or face

dismissal). Accordingly, the Court adopts Judge Denney's R&R and dismisses the case without prejudice.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that this case is dismissed without prejudice.

The Clerk of Court is directed to close this case and enter judgment accordingly. No other documents may be filed in this now-closed case. If DeGrandi wishes to pursue his claims, he must file a complaint in a new case.

DATED THIS 30th Day of November 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE